```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JUSTIN BULLOCK,

              Plaintiff,

- against -

ULTRAHUMAN HEALTHCARE LLC, ET AL.,

              Defendants.

25-cv-2864 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The parties are directed to discuss settlement and provide an update to the Court by **July 8, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

**SO ORDERED.**

Dated:    New York, New York
            April 8, 2025

                                        John G. Koeltl
                               United States District Judge